USCA1 Opinion

 

 November 15, 1995 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT  ____________________ No. 95-1695  No. 95-1991 EDWARD D. COWHIG, Plaintiff, Appellant, v. MICHAEL P. STONE, SECRETARY OF THE ARMY, ET AL., Defendants, Appellees. ____________________ APPEALS FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Morris E. Lasker,* Senior U.S. District Judge] __________________________ ____________________ Before Selya, Stahl and Lynch, Circuit Judges. ______________ ____________________ Edward D. Cowhig on brief pro se. ________________ Donald K. Stern, United States Attorney, and Sara Miron Bloom, ________________ _________________ Assistant United States Attorney, on brief for appellees. ____________________ ____________________ *Of the Southern District of New York, sitting by designation. Per Curiam. Having reviewed the record in detail, we __________ affirm the judgment substantially for the reasons recited by Magistrate-Judge Cohen in his Report and Recommendation dated April 6, 1995. Affirmed. _________